JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:    (702) 430-6896
Fax:    (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CONNIE AUSTIN, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>RAILROAD PASS INVESTMENT GROUP, LLC d/b/a RAILROAD PASS CASINO; MARCUS GAMING, LLC d/b/a RAILROAD PASS CASINO; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>            Defendants. | Case No.  2:15-cv-01493-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLY WITH LOCAL RULE 26-1**<br><br>**(First Request)** |

Plaintiff Connie Austin ("Plaintiff") and Defendants Railroad Pass Investment Group, LLC d/b/a Railroad Pass Casino and Marcus Gaming, LLC d/b/a Railroad Pass Casino (collectively "Defendants), by and through their respective counsels of record, submit this stipulation to extend the time to comply with Local Rule 26-1until after the parties attend an Early Neutral Evaluation ("ENE") session. This request is prompted by the parties' desire to engage in meaningful settlement discussions through the Court's ENE program, which may fully and finally resolve this dispute, without necessitating excessive spending on what may prove to be unnecessary discovery practice.

Moreover, the Parties believe that filing a Discovery Plan and Order at this time would only cause them to require extensions of various deadlines as an ENE date has not

Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
PH: (702) 430-6896 FAX: (702) 369-1290

yet been set. Therefore, as it would be more prudent to save judicial resources, the

parties stipulate that a formation of discovery plan required under Local Rule 26-1 should

be stayed until fourteen days after the ENE, and all time limits proscribed under Local

Rule 26-1(e) shall be stayed until that date.

Dated: September 4, 2015                    Dated: September 4, 2015

Respectfully submitted,                     Respectfully submitted,

By:   __/s/ Jeffrey Gronich____             By:   __/s/ Douglas Cohen___
Jeffrey Gronich, Esq.                       Douglas M. Cohen, Esq.
Jeffrey Gronich, Attorney at Law, P.C.      Kari L. Neilson, Esq.
1810 E. Sahara Ave, Suite 109               Fennemore Craig, P.C.
Las Vegas, NV 89104                         300 South Fourth Street
*Attorney for Plaintiff*                    Suite 1400
                                            Las Vegas, NV 89101
                                            *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __8th__ day of __September__, 2015

_____
~~UNITED STATES JUDGE / MAGISTRATE JUDGE~~
UNITED STATES MAGISTRATE JUDGE

*(left margin, vertical text)* Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
PH: (702) 430-6896 FAX: (702) 369-1290