DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
KARL L. NIELSON, ESQ.
Nevada Bar No. 5082
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tele: (702) 692-8000
Fax: (702) 692-8012
E-mail: dcohen@fclaw.com
knielson@fclaw.com
*Attorneys for Defendants,*
*RAILROAD PASS INVESTMENT GROUP, LLC*
*d/b/a RAILROAD PASS CASINO;*
*MARCUS GAMING, LLC d/b/a*
*RAILROAD PASS CASINO*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CONNIE AUSTIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RAILROAD PASS INVESTMENT GROUP, LLC d/b/a RAILROAD PASS CASINO; MARCUS GAMING, LLC d/b/a RAILROAD PASS CASINO; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:15-cv-01493-APG-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each

///

///

///

party to bear that party's own costs and attorney's fees.

DATED this 2 day of December, 2015.

FENNEMORE CRAIG, P.C.

By: _____
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
KARL L. NIELSON, ESQ.
Nevada Bar No. 5082
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tele: (702) 692-8000
Fax: (702) 692-8012
E-mail: dcohen@fclaw.com
        knielson@fclaw.com
*Attorneys for Defendants,*
*RAILROAD PASS INVESTMENT GROUP,*
*LLC d/b/a RAILROAD PASS CASINO;*
*MARCUS GAMING, LLC d/b/a*
*RAILROAD PASS CASINO*

DATED this 22nd day of December, 2015.

JEFFREY GRONICH, ATTORNEY AT LAW, P.C.

By _____
Jeffrey Gronich, Esq.
1810 E. Sahara Avenue, Suite 109
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

O R D E R

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: December 23, 2015

Page 2